# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO SOTO, | CASE: 1:12-cv-00477-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PAY FILING FEE |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | Docs. 11, 12 |

On March 29, 2012, Plaintiff Ernesto Soto ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2012, the Court granted Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Doc. 10. On June 25, 2012 and July 12, 2012, Plaintiff filed a motion to pay the filing fee. Docs. 11, 12. Plaintiff did not submit the filing fee but states that a relative desires to pay the fee on his behalf. *Id.*

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to pay the filing fee is GRANTED;

2. Plaintiff shall submit for the $350.00 filing fee for this action to the United States District Court, Eastern District of California, Office of the Clerk, 2500 Tulare Street, Room 1501, Fresno, California 93721;

3. If Plaintiff has another party submit the filing fee, the other party must write <u>Soto v. Cate</u>, Case Number 1:12-cv-00477-GBC (PC) on the payment; and

4. <u>Upon receipt of the entire filing fee</u>, the Court will vacate the order directing collection of the filing fee from Plaintiff's trust account.

IT IS SO ORDERED.

Dated:   July 18, 2012                                      _____
                                                            UNITED STATES MAGISTRATE JUDGE