# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ERNESTO SOTO,                                    CASE: 1:12-cv-00477-GBC (PC)

      Plaintiff,                              ORDER GRANTING PLAINTIFF'S MOTION
                                                 TO PAY FILING FEE

    v.

MATTHEW CATE, et al.,

      Defendants.
_____/   Docs. 11, 12

On March 29, 2012, Plaintiff Ernesto Soto ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2012, the Court granted Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Doc. 10. On June 25, 2012 and July 12, 2012, Plaintiff filed a motion to pay the filing fee. Docs. 11, 12. Plaintiff did not submit the filing fee but states that a relative desires to pay the fee on his behalf. *Id.*

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion to pay the filing fee is GRANTED;

2.    Plaintiff shall submit for the $350.00 filing fee for this action to the United States District Court, Eastern District of California, Office of the Clerk, 2500 Tulare Street, Room 1501, Fresno, California 93721;

3.    If Plaintiff has another party submit the filing fee, the other party must write *Soto v. Cate*, Case Number 1:12-cv-00477-GBC (PC) on the payment; and

4.    Upon receipt of the entire filing fee, the Court will vacate the order directing collection of the filing fee from Plaintiff's trust account.

IT IS SO ORDERED.

Dated:   July 18, 2012

                              UNITED STATES MAGISTRATE JUDGE